COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS



§

THE GENERAL LAND OFFICE OF THE
STATE OF TEXAS, WESLEY WEST
MINERALS, LTD. AND LONGFELLOW
RANCH PARTNERS, LP,

Appellants,

v.

SANRIDGE ENERGY, INC. AND
SANDRIDGE EXPLORATION AND
PRODUCTION, LLC,

Appellees.

§

§

§

§

§

§

§

§

§

§

No. 08-13-00145-CV

Appeal from the

83rd District Court

of Pecos County, Texas

(TC# 6955)

## **O R D E R**

The Court has considered the unopposed motion to abate the briefing schedule in this appeal due to an incomplete clerk's record and concludes the motion should be GRANTED. Therefore, the above-styled and numbered cause is hereby abated, and the District Clerk of Pecos County, Texas is ORDERED to supplement the clerk's record with the missing items originally requested. The supplemental clerk's record is due 30 days from the date of this order. Appellants' brief is due 20 days from the date the supplemental clerk's record is filed.

IT IS SO ORDERED this 10th day of July, 2013.

PER CURIAM

Before McClure, C.J., Rivera and Rodriguez, JJ.